IRENE PEMKIEWICZ, Respondent, v. DOMINIC THOMASULO, Appellant.—

Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

ARNOLD D'ALESSANDRO, as Administrator of the Estate of FRANCIS A. D'ALESSANDRO, Deceased, et al., Respondents, v. RAYMOND L. TONUCCI et al., Appellants.—
Present — McCurn, P. J., Vaughan, Wheeler and Van Duser, JJ. [See 285 App. Div. 1111.]

FLORENCE ZIELINSKI, Individually and as Administratrix of the Estate of HENRY J. ZIELINSKI, Deceased, Appellant, v. GENERAL MOTORS CORPORATION, Respondent.—

Present — McCurn, P. J., Vaughan, Wheeler and Van Duser, JJ. [See *ante*, p. 407.]

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOSEPH READE, Defendant.—

Memorandum: Upon the papers submitted, in spite of the statements in the newspapers as to the guilt or innocence of the defendant and in spite of the lurid way in which they have reported the case, we are satisfied that a jury selected from the fair-minded people of Chautauqua County will decide this case upon the evidence presented at the trial and not upon the newspaper reports.